IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr160

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| RAY EUGENE ROHM | ) | |

**THIS MATTER** is before the Court on the parties' Consent Motion to Accept Early Payment of Fine and Restitution. (Doc. No. 8).

Upon consideration of the motion and the entire record of this case, the Court finds that such early payment is in the interest of justice.

**IT IS, THEREFORE, ORDERED** that:

1. Pre-judgment restitution payments totaling approximately $400,000.00 in funds will be accepted by the Clerk of Court in this case and the funds will be deposited by the Clerk into an interest-bearing account until further order of this Court.

2. The government will serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: October 15, 2009

_____
Robert J. Conrad, Jr.
Chief United States District Judge