UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:09cr160-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **CONSENT ORDER AND** |
| ) | **JUDGMENT OF FORFEITURE** |
| RAY EUGENE ROHM, ) | |
| Defendant. ) | |
| ) | |

BASED UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c):

**All currency and monetary instruments constituting or derived from property involved in the money laundering alleged in the Bill of Information, including but not limited to the sum of approximately $674,126.47 in proceeds.**

2. A forfeiture money judgment in the amount of $674,126.47 shall be included in the sentence of the Defendant.

3. Pursuant to Fed. R. Crim. P. 32.2(c)(1), this Order shall constitute a final money judgment and no ancillary proceeding or further final order of forfeiture will be necessary.

The parties stipulate and agree that the aforementioned assets constitute property derived from or traceable to proceeds of Defendant's crime(s) herein, constitute or are traceable to property involved in Defendant's crime(s) herein, or are substitute properties, and are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the

forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
Benjamin Bain-Creed
Special Assistant United States Attorney

_____
Ray Eugene Rohm
Defendant

_____
Carl Horn, Esq.
Attorney for Defendant

Signed this the 7th day of June, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE