IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr160

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| RAY EUGENE ROHM. ) | |
| ) | |

**THIS MATTER** is before the Court on the United States' Motion requesting the U.S. District Clerk of Court to apply pre-judgment money received and deposited from Ray Eugene Rohm toward payment of the restitution ordered in this case. (Doc. No. 22).

Upon consideration of the complete record of this matter to date, the Court finds good cause to grant the motion, to which the defendant has not objected.

**IT IS HEREBY ORDERED** that the U.S. District Clerk of Court apply the sum of $168,161.53 plus interest toward the restitution ordered in this matter.

Signed: November 17, 2010

Robert J. Conrad, Jr.
Chief United States District Judge